United States District Court
Southern District of Texas
**ENTERED**
June 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROBERTO LAZOS | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) |
| | ) M-16-169 |
| STATE FARM LLOYDS | ) |

<u>ORDER OF REMAND</u>

On the 16th day of June, 2016, came on to be heard the Plaintiff's Motion to Remand and the Court after having considered said motion, the pleadings on file and the arguments of counsel, was of the opinion that said motion should be granted for the reasons stated on the record. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Remand is GRANTED and the above-styled case is hereby REMANDED to the 229th Judicial District Court of Starr County, Texas, and the Clerk shall take the necessary steps to effectuate said remand.

The Clerk shall send a copy of this Order of Remand to counsel for the parties.

DONE on this 19th day of June, 2016, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE